# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON<br>**Plaintiff,**<br><br>v.<br><br>LIRAZ YAIL LLC<br>**Defendant** | CIVIL ACTION NO. 20-1114 |

## ORDER

**AND NOW**, this 24th day of March 2020, upon consideration of Plaintiff's Motion for Permission to Use ECF/EFiling [Doc. No. 3], and as Plaintiff has been granted permission for such filing in other cases, has agreed to abide by all Court rules, orders, policies, and procedures pertaining to the use of the Court's electronic filing system, and has consented to receive notice of filings pursuant through the Court's electronic filing system, it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of Court is **DIRECTED** to provide Plaintiff access to the ECF system for this case as a filing user provided that all necessary forms have been completed.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**