**James Everett Shelton**
**316 Covered Bridge Road**
**King of Prussia, PA 19406**
**(484) 626-3942**
**Jeshelton595@gmail.com**

**Plaintiff, Pro Se**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON**<br>      **Plaintiff,**<br><br>            v.<br>**LIRAZ YAIL LLC, d/b/a LUXURY**<br>**COSMETICS SPA BOUTIQUE**<br>      **Defendant,** | **Civil Action**<br><br>**No. 2:20-cv-01114** |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PER F.R.C.P. 41(a)(1)(A)(i)

Plaintiff JAMES EVERETT SHELTON hereby dismisses this entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully Submitted,

Dated: August 31, 2020

*/s/ James E. Shelton*

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

Plaintiff, Pro Se